UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DONALD H ARTZ,

        Plaintiff,

                                        Case No. 21-cv-0391-bhl

    v.

WEC ENERGY GROUP WELFARE PLAN,

        Defendant.

## ORDER

On April 30, 2021, the parties submitted a stipulated motion pursuant to which plaintiff would file an amended complaint against a new defendant. Based on the agreement of the parties,

**IT IS HEREBY ORDERED**:

1. The stipulated motion, ECF No. 8, is **GRANTED**.
2. Plaintiff Donald H. Artz is granted leave to file an Amended Complaint asserting a claim under the Employee Retirement Income Security Act of 1974, 29 U.S.C. §1001 et seq. ("ERISA"), specifically 29 U.S.C. §1132(a)(1)(B), against Hartford Life and Accident Insurance Company. The amended complaint must be filed on or before **May 14, 2021**.
3. Pursuant to counsel's agreement to accept service on behalf of Hartford Life and Accident Insurance Company, Hartford Life and Accident Insurance Company's answer shall be due 21 days after the amended complaint is filed.
4. WEC Energy Group Welfare Plan, by its administrator Employee Benefits Committee of WEC will be **DISMISSED** from this action without prejudice upon the filing of the amended complaint.

Dated at Milwaukee, Wisconsin on May 6, 2021.

                                                            s/ Brett H. Ludwig
                                                            BRETT H. LUDWIG
                                                            United States District Judge